**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of | No. CV03-2164-PHX-DGC |
| Michael Harvey Lynn, | BK 00-08572 PHX GBN |
| Debtor | |
| | **ORDER** |
| Michael Harvey Lynn, | |
| Appellant, | |
| vs. | |
| MetWest Mortgage Services, Inc. | |
| Appellee. | |

The Court has reviewed Appellant's Motion for New Trial Pursuant to Rule 59 Federal Rules of Civil Procedure (Doc. #50), as well as the response (Doc. #54) and the reply (Doc. #56). Appellant continues to litigate matters that have been resolved. The Court once again finds Appellant's arguments to be without merit.

Appellant has filed a Notice of Appeal (Doc. #51). He should not continue re-litigating matters in this Court after he has appealed.

**IT IS HEREBY ORDERED** that Appellant's Motion for New Trial Pursuant to Rule 59 Federal Rules of Civil Procedure (Doc. #50) is **denied**.

DATED this 1st day of December, 2005.

David G. Campbell
United States District Judge